**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1150

DARIUS DYWANE MITCHELL,

                    Plaintiff – Appellant,

          v.

NORTHROP GRUMMAN,

                    Defendant – Appellee,

          and

VALUE OPTIONS; RIVERSIDE BEHAVIORAL HEALTH CENTER,

                    Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Raymond A. Jackson, District Judge.   (4:11-cv-00118-RAJ-DEM)

Submitted:  April 19, 2012        Decided:  April 25, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darius Dywane Mitchell, Appellant Pro Se. Mark Edward Warmbier, KAUFMAN & CANOLES, PC, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darius Mitchell appeals the district court's order dismissing his claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e to 2000e-17 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mitchell v. Northrop Grumman, No. 4:11-cv-00118-RAJ-DEM (E.D. Va. Jan. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED